**FILED**

SEP 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 08-80112 MISC VRW |
| Leroy Crandall Humpal, | ORDER |
| State Bar No 40865 | |

On May 22, 2008, the court issued an order to show cause (OSC) why Leroy Crandall Humpal should not be removed from the roll of attorneys authorized to practice law before this court based on his six-month suspension by the California Supreme Court. Mr Humpal filed no response.

The court now orders Leroy Crandall Humpal removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Leroy Crandall Humpal,

Case Number: C08-80112 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leroy Crandall Humpall
P.O. Box 29037
San Francisco, CA 94129

Dated: September 16, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*